# United States Court of Appeals
## For the First Circuit

---

No. 06-1147

IVIS L. NEGRÓN-TORRES, on her own behalf and
in representation of her minor child HSN,

Plaintiff, Appellant,

v.

VERIZON COMMUNICATIONS, INC.,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on February 9, 2007, is amended as follows:

On page 13, line 23: Replace "Wireless" with "Communications"